IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DR. ROBERT CORWIN, DDS, individually and on behalf of all those similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-cv-00193-K |
| BENCO DENTAL SUPPLY CO., HENRY SCHEIN, INC., and PATTERSON COMPANIES, INC., | § § § § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## PURSUANT TO FRCP 41(a)(1)(A)(i)

Plaintiff, Dr. Robert Corwin, DDS, individually and on behalf of all those similarly situated, to submit their Notice of Voluntary Dismissal, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as follows:

1. This action was commenced on January 22, 2016.

2. No class has been certified; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, without prejudice.

Dated: January 27, 2016

>Respectfully submitted,
>
>By:  /s/ Warren T. Burns
>     Warren T. Burns
>     State Bar No. 24053119
>     BURNS CHAREST LLP
>     500 North Akard Street, Suite 2810
>     Dallas, Texas 75201
>     Telephone: (469) 904-4550
>     Facsimile: (469) 444-5002
>     wburns@burnscharest.com
>
>***Local Counsel to Plaintiff and the Proposed Class***
>
>     Linda P. Nussbaum
>     Bradley J. Demuth
>     NUSSBAUM LAW GROUP, P.C.
>     570 Lexington Avenue, 19 Fl.
>     New York, NY 10022
>     (212) 722-7053
>     lnussbaum@nussbaumpc.com
>     bdemuth@nussbaumpc.com
>
>***Counsel for Plaintiff and the Proposed Class***